**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| USDC SDNY | |
| DOCUMENT | |
| ELECTRONICALLY FILED | |
| DOC #:_____ | |
| DATE FILED: _4/11/2014_ | |

---

KEVIN MAHER, on behalf of himself and all
others similarly situated,

               Plaintiff,

     v.                         No. 14 Civ. 1459 (VEC)

BANK OF NOVA SCOTIA, *et al.*,

               Defendants.

---

RICHARD WHITE, on behalf of himself and
all others similarly situated,

               Plaintiff,

     v.                         No. 14 Civ. 1634 (VEC)

THE BANK OF NOVA SCOTIA, *et al.*,

               Defendants.

---

PETER DENIGRIS, on behalf of himself and
all others similarly situated,

               Plaintiff,

     v.                         No. 14 Civ. 1638 (VEC)

BANK OF NOVA SCOTIA, *et al.*,

               Defendants.

---

AIS CAPITAL MANAGEMENT, L.P., on
behalf of itself and all others similarly situated,

               Plaintiff,

     v.                         No. 14 Civ. 1642 (VEC)

BANK OF NOVA SCOTIA, *et al.*,

               Defendants.

---

ERIC NALVEN, individually and on behalf of
all those similarly situated,

               Plaintiff,

     v.

| | |
|---|---|
| THE LONDON GOLD MARKET FIXING LTD., *et al.*, | No. 14 Civ. 1644 (VEC) |
| Defendants. | |

| | |
|---|---|
| WHITE OAK FUND LP, on behalf of itself and all others similarly situated, | |
| Plaintiff, | |
| v. | No. 14 Civ. 1701 (VEC) |
| BARCLAYS BANK PLC, *et al.*, | |
| Defendants. | |

| | |
|---|---|
| J. SCOTT NICHOLSON, on behalf of himself and all others similarly situated, | |
| Plaintiff, | |
| v. | No. 14 Civ. 1707 (VEC) |
| THE BANK OF NOVA SCOTIA, *et al.*, | |
| Defendants. | |

| | |
|---|---|
| OLIVER BARKER, on behalf of himself and all others similarly situated, | |
| Plaintiff, | |
| v. | No. 14 Civ. 1964 (VEC) |
| BANK OF NOVA SCOTIA, *et al.*, | |
| Defendants. | |

| | |
|---|---|
| AMERICAN PRECIOUS METALS, LTD., and STEVE E. SUMMER, on behalf of themselves and all others similarly situated, | |
| Plaintiff, | |
| v. | No. 14 Civ. 2102 (VEC) |
| BANK OF NOVA SCOTIA, *et al.*, | |
| Defendants. | |

| | |
|---|---|
| ROBERT L. TEEL, on behalf of himself and all others similarly situated, | |

|  |  |
|---|---|
| Plaintiff,<br><br>v.<br><br>BANK OF NOVA SCOTIA, *et al.*,<br><br>Defendants. | No. 14 Civ. 2108 (VEC) |
| A. HARRY LAMBORN, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>BANK OF NOVA SCOTIA, *et al.*,<br><br>Defendants. | No. 14 Civ. 2134 (VEC) |
| CHRISTOPHER DEPAOLI, on behalf of themselves and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>THE BANK OF NOVA SCOTIA, *et al.*,<br><br>Defendants. | No. 14 Civ. 2124 (VEC) |

## STIPULATION AND [PROPOSED] ORDER

WHEREAS, Plaintiffs filed the above-captioned actions in March and April 2014;

WHEREAS, certain Plaintiffs purport to have served certain Defendants with the complaint;

WHEREAS, Defendants have not accepted service of the complaints and expressly reserve all of their rights and defenses, including sufficiency of process and lack of personal jurisdiction;

WHEREAS, the parties expect these actions, and other similar actions, will be the subject of a motion to consolidate;

WHEREAS, for the sake of efficiency and good order, the parties wish to permit sufficient time for consolidation before the Defendants are required to answer, move or otherwise respond to the complaints;

IT IS HEREBY STIPULATED AND AGREED by and between the parties, through their undersigned counsel, that the time for Defendants to respond to the complaints is suspended until such time as these actions, and other related actions, have been consolidated, and a schedule has been set for a consolidated amended complaint and Defendants' response thereto. However, notwithstanding any other provision set forth herein, if any of the below stipulating Defendants answer, move, or otherwise plead in response to any complaint filed in any other related action now pending or as may be subsequently filed in, or removed to, federal court, asserting related or similar claims as made in the above captioned actions before the response date contemplated by this Stipulation, then the parties to this Stipulation shall promptly meet and confer within five (5) calendar days concerning the schedule for Defendants to respond to the complaints herein.  If and to the extent that the parties fail to reach an agreement concerning the schedule for Defendants to respond to the complaints herein, then any Plaintiff may withdraw from this Stipulation subject to reasonable notice to Defendants.  In such event, the withdrawing Plaintiff and Defendants shall revert to their respective positions prior to the date of this Stipulation as if no extension had been given with respect to the withdrawing Plaintiff's complaint, except that Defendants' time to respond shall be at least forty-five (45) days from the date when Defendants are notified of Plaintiff's withdrawal from this Stipulation.  Defendant(s) may seek, and the withdrawing Plaintiff may oppose, a further suspension of the time to respond to the withdrawing Plaintiff's complaint.

Dated: April \\ 2014
     New York, New York

Christopher Lovell
LOVELL STEWART HALEBIAN
JACOBSON LLP
61 Broadway
Suite 501
New York, New York  10006
Telephone:  (212) 608-1900
Facsimile:  (212) 719-4677

*Attorney for Kevin Maher*

Vincent Briganti
Geoffrey M. Horn
Peter D. St. Phillip
Raymond Girnys
LOWEY DANNENBERG COHEN
& HART, P.C.
One North Broadway
White Plains, New York  10601
Telephone: (914) 997-0500
Facsimile:  (914) 997-0035

*Attorneys for Richard White*

David E. Kovel
Daniel Hume
KIRBY McINERNEY LLP
825 Third A venue, 16th Floor
New York, New York  10022
Telephone:  (212) 371-6600
Facsimile:  (212) 751-2540

*Attorneys for Peter DeNigris*

Seth R. Gassman
Michael D. Hausfeld
William P. Butterfield

Kenneth M. Raisler (of counsel)
Stephen Ehrenberg
William E. Schroeder
SULLIVAN & CROMWELL
125 Broad Street
New York, New York  10005
Telephone: (212) 558-4000
Facsimile:  (212) 558-3588

*Attorneys for The Bank of Nova Scotia*

Marc J. Gottridge
Dennis H. Tracey, III
Jordan Estes
HOGAN LOVELLS US LLP
875 Third Avenue
New York, NY 10022
Tel: (212) 918-3000
Fax: (212) 918-3100

*Counsel for Société Générale and SG
Americas Securities, LLC*

Michael S. Feldberg
Todd S. Fishman
ALLEN & OVERY LLP
1221 Avenue of the Americas
New York, New York  10020
Tel: (212) 610-6300
Fax: (212) 610-6399

*Attorneys for Barclays PLC, Barclays Bank
PLC and Barclays Capital Inc.*

Michael Lacovara
Tim Coleman
Leah Friedman

Dated: April __, 2014
New York, New York

Christopher Lovell
LOVELL STEWART HALEBIAN
JACOBSON LLP
61 Broadway
Suite 501
New York, New York  10006
Telephone:  (212) 608-1900
Facsimile:  (212) 719-4677

*Attorney for Kevin Maher*

Vincent Briganti
Geoffrey M. Horn
Peter D. St. Phillip
Raymond Girnys
LOWEY DANNENBERG COHEN
& HART, P.C.
One North Broadway
White Plains, New York  10601
Telephone: (914) 997-0500
Facsimile:  (914) 997-0035

*Attorneys for Richard White*

David E. Kovel
Daniel Hume
KIRBY McINERNEY LLP
825 Third A venue, 16th Floor
New York, New York  10022
Telephone:  (212) 371-6600
Facsimile:  (212) 751-2540

*Attorneys for Peter DeNigris*

Seth R. Gassman
Michael D. Hausfeld
William P. Butterfield

Kenneth M. Raisler (of counsel)
Stephen Ehrenberg
William E. Schroeder
SULLIVAN & CROMWELL
125 Broad Street
New York, New York  10005
Telephone: (212) 558-4000
Facsimile:  (212) 558-3588

*Attorneys for The Bank of Nova Scotia*

Marc J. Gottridge
Dennis H. Tracey, III
Jordan Estes
HOGAN LOVELLS US LLP
875 Third Avenue
New York, NY 10022
Tel: (212) 918-3000
Fax: (212) 918-3100

*Counsel for Société Générale and SG
Americas Securities, LLC*

Michael S. Feldberg
Todd S. Fishman
ALLEN & OVERY LLP
1221 Avenue of the Americas
New York, New York  10020
Tel: (212) 610-6300
Fax: (212) 610-6399

*Attorneys for Barclays PLC, Barclays Bank
PLC and Barclays Capital Inc.*

Michael Lacovara
Tim Coleman
Leah Friedman

Dated: April __, 2014
      New York, New York


Christopher Lovell
LOVELL STEWART HALEBIAN
JACOBSON LLP
61 Broadway
Suite 501
New York, New York  10006
Telephone:  (212) 608-1900
Facsimile:  (212) 719-4677

*Attorney for Kevin Maher*


Vincent Briganti
Geoffrey M. Horn
Peter D. St. Phillip
Raymond Girnys
LOWEY DANNENBERG COHEN
& HART, P.C.
One North Broadway
White Plains, New York  10601
Telephone: (914) 997-0500
Facsimile:  (914) 997-0035

*Attorneys for Richard White*

David E. Kovel
Daniel Hume
KIRBY McINERNEY LLP
825 Third A venue, 16th Floor
New York, New York  10022
Telephone:  (212) 371-6600
Facsimile:  (212) 751-2540

*Attorneys for Peter DeNigris*


Seth R. Gassman
Michael D. Hausfeld
William P. Butterfield


Kenneth M. Raisler (of counsel)
Stephen Ehrenberg
William E. Schroeder
SULLIVAN & CROMWELL
125 Broad Street
New York, New York  10005
Telephone: (212) 558-4000
Facsimile:  (212) 558-3588

*Attorneys for The Bank of Nova Scotia*


Marc J. Gottridge
Dennis H. Tracey, III
Jordan Estes
HOGAN LOVELLS US LLP
875 Third Avenue
New York, NY 10022
Tel: (212) 918-3000
Fax: (212) 918-3100

*Counsel for Société Générale and SG
Americas Securities, LLC*


Michael S. Feldberg
Todd S. Fishman
ALLEN & OVERY LLP
1221 Avenue of the Americas
New York, New York  10020
Tel: (212) 610-6300
Fax: (212) 610-6399

*Attorneys for Barclays PLC, Barclays Bank
PLC and Barclays Capital Inc.*


Michael Lacovara
Tim Coleman
Leah Friedman

Dated: April __, 2014
        New York, New York

Christopher Lovell
LOVELL STEWART HALEBIAN
JACOBSON LLP
61 Broadway
Suite 501
New York, New York  10006
Telephone:  (212) 608-1900
Facsimile:  (212) 719-4677

*Attorney for Kevin Maher*

Vincent Briganti
Geoffrey M. Horn
Peter D. St. Phillip
Raymond Girnys
LOWEY DANNENBERG COHEN
& HART, P.C.
One North Broadway
White Plains, New York  10601
Telephone: (914) 997-0500
Facsimile:  (914) 997-0035

*Attorneys for Richard White*

David E. Kovel
Daniel Hume
KIRBY McINERNEY LLP
825 Third A venue, 16th Floor
New York, New York  10022
Telephone: (212) 371-6600
Facsimile:  (212) 751-2540

*Attorneys for Peter DeNigris*

Seth R. Gassman
Michael D. Hausfeld
William P. Butterfield

Kenneth M. Raisler (of counsel)
Stephen Ehrenberg
William E. Schroeder
SULLIVAN & CROMWELL
125 Broad Street
New York, New York  10005
Telephone: (212) 558-4000
Facsimile:  (212) 558-3588

*Attorneys for The Bank of Nova Scotia*

Marc J. Gottridge
Dennis H. Tracey, III
Jordan Estes
HOGAN LOVELLS US LLP
875 Third Avenue
New York, NY 10022
Tel: (212) 918-3000
Fax: (212) 918-3100

*Counsel for Société Générale and SG
Americas Securities, LLC*

Michael S. Feldberg
Todd S. Fishman
ALLEN & OVERY LLP
1221 Avenue of the Americas
New York, New York  10020
Tel: (212) 610-6300
Fax: (212) 610-6399

*Attorneys for Barclays PLC, Barclays Bank
PLC and Barclays Capital Inc.*

Michael Lacovara
Tim Coleman
Leah Friedman

Reena A. Gambhir
Timothy S. Kearns
HAUSFELD LLP
1700 K Street, N.W.
Suite 650
Washington, D.C.  20006
Telephone:  (202) 540-7200
Facsimile:  (202) 540-7201

*Attorneys for AIS Capital Management, L.P.*

Linda P. Nussbaum
Susan S. Schwaiger
Peter A. Barile III
GRANT & EISENHOFER P.A.
485 Lexington Avenue
New York, New York  10017
Telephone:  (646) 722-8500
Facsimile:  (646) 722-8501

*Attorneys for Eric Nalven*

Brian P. Murray
Lee Albert
Gregory B. Linkh
GLANCY BINKOW & GOLDBERG LLP
122 East 42nd Street, Suite 2920
New York, New York  10168
Telephone:  (212) 682-5340
Facsimile:  (212) 884-0988

*Attorneys for White Oak Fund LP*

FRESHFIELDS BRUCKHAUS
DERINGER US LLP
601 Lexington Avenue
New York, New York 10022
212-277-4000 (Telephone)
212-277-4001 (Facsimile)

*Attorneys for HSBC Holdings PLC, HSBC
Bank PLC and HSBC Securities (USA) Inc.*

Peter Isajiw
CADWALADER, WICKERSHAM &
TAFT LLP
One World Financial Center
New York, New York  10281
Tel: (212) 504-6000
Fax: (212) 504-6666

Charles F. Rule (of counsel)
Gregory G. Mocek (of counsel)
Joseph J. Bial
CADWALADER, WICKERSHAM &
TAFT LLP
700 Sixth Street, N.W.
Washington, D.C.  20001
Tel: (202) 862-2200
Fax: (202) 862-2400

*Attorneys for Deutsche Bank AG and
Deutsche Bank Securities Inc.*

Vincent Briganti
Geoffrey M. Horn
Peter D. St. Phillip
Raymond Girnys
LOWEY DANNENBERG COHEN
& HART,P.C.
One North Broadway
White Plains, New York  10601
Telephone: (914) 997-0500
Facsimile:  (914) 997-0035

*Attorneys for J. Scott Nicholson*

Dated: April __, 2014
    New York, New York

Christopher Lovell
LOVELL STEWART HALEBIAN
JACOBSON LLP
61 Broadway
Suite 501
New York, New York  10006
Telephone:  (212) 608-1900
Facsimile:  (212) 719-4677

*Attorney for Kevin Maher*

Vincent Briganti
Geoffrey M. Horn
Peter D. St. Phillip
Raymond Girnys
LOWEY DANNENBERG COHEN
& HART, P.C.
One North Broadway
White Plains, New York  10601
Telephone: (914) 997-0500
Facsimile:  (914) 997-0035

*Attorneys for Richard White*

David E. Kovel
Daniel Hume
KIRBY McINERNEY LLP
825 Third A venue, 16th Floor
New York, New York  10022
Telephone:  (212) 371-6600
Facsimile:  (212) 751-2540

*Attorneys for Peter DeNigris*

Seth R. Gassman
Michael D. Hausfeld
William P. Butterfield

Kenneth M. Raisler (of counsel)
Stephen Ehrenberg
William E. Schroeder
SULLIVAN & CROMWELL
125 Broad Street
New York, New York  10005
Telephone: (212) 558-4000
Facsimile:  (212) 558-3588

*Attorneys for The Bank of Nova Scotia*

Marc J. Gottridge
Dennis H. Tracey, III
Jordan Estes
HOGAN LOVELLS US LLP
875 Third Avenue
New York, NY 10022
Tel: (212) 918-3000
Fax: (212) 918-3100

*Counsel for Société Générale and SG*
*Americas Securities, LLC*

Michael S. Feldberg
Todd S. Fishman
ALLEN & OVERY LLP
1221 Avenue of the Americas
New York, New York  10020
Tel: (212) 610-6300
Fax: (212) 610-6399

*Attorneys for Barclays PLC, Barclays Bank*
*PLC and Barclays Capital Inc.*

Michael Lacovara
Tim Coleman
Leah Friedman

-5-

Dated: April __, 2014
      New York, New York

Christopher Lovell
LOVELL STEWART HALEBIAN
JACOBSON LLP
61 Broadway
Suite 501
New York, New York  10006
Telephone:  (212) 608-1900
Facsimile:  (212) 719-4677

*Attorney for Kevin Maher*

Vincent Briganti
Geoffrey M. Horn
Peter D. St. Phillip
Raymond Girnys
LOWEY DANNENBERG COHEN
& HART, P.C.
One North Broadway
White Plains, New York  10601
Telephone: (914) 997-0500
Facsimile:  (914) 997-0035

*Attorneys for Richard White*

David E. Kovel
Daniel Hume
KIRBY McINERNEY LLP
825 Third A venue, 16th Floor
New York, New York  10022
Telephone:  (212) 371-6600
Facsimile:  (212) 751-2540

*Attorneys for Peter DeNigris*

Seth R. Gassman
Michael D. Hausfeld
William P. Butterfield

Kenneth M. Raisler (of counsel)
Stephen Ehrenberg
William E. Schroeder
SULLIVAN & CROMWELL
125 Broad Street
New York, New York  10005
Telephone: (212) 558-4000
Facsimile:  (212) 558-3588

*Attorneys for The Bank of Nova Scotia*

Marc J. Gottridge
Dennis H. Tracey, III
Jordan Estes
HOGAN LOVELLS US LLP
875 Third Avenue
New York, NY 10022
Tel: (212) 918-3000
Fax: (212) 918-3100

*Counsel for Société Générale and SG*
*Americas Securities, LLC*

Michael S. Feldberg
Todd S. Fishman
ALLEN & OVERY LLP
1221 Avenue of the Americas
New York, New York  10020
Tel: (212) 610-6300
Fax: (212) 610-6399

*Attorneys for Barclays PLC, Barclays Bank*
*PLC and Barclays Capital Inc.*

Michael Lacovara
Tim Coleman
Leah Friedman

Dated: April 11, 2014
        New York, New York

Christopher Lovell
LOVELL STEWART HALEBIAN
JACOBSON LLP
61 Broadway
Suite 501
New York, New York  10006
Telephone:  (212) 608-1900
Facsimile:  (212) 719-4677

*Attorney for Kevin Maher*

Vincent Briganti
Geoffrey M. Horn
Peter D. St. Phillip
Raymond Girnys
LOWEY DANNENBERG COHEN
& HART, P.C.
One North Broadway
White Plains, New York  10601
Telephone: (914) 997-0500
Facsimile:  (914) 997-0035

*Attorneys for Richard White*

David E. Kovel
Daniel Hume
KIRBY McINERNEY LLP
825 Third Avenue, 16th Floor
New York, New York  10022
Telephone:  (212) 371-6600
Facsimile:  (212) 751-2540

*Attorneys for Peter DeNigris*

Seth R. Gassman
Michael D. Hausfeld
William P. Butterfield

Kenneth M. Raisler (of counsel)
Stephen Ehrenberg
William E. Schroeder
SULLIVAN & CROMWELL
125 Broad Street
New York, New York  10005
Telephone: (212) 558-4000
Facsimile:  (212) 558-3588

*Attorneys for The Bank of Nova Scotia*

Marc J. Gottridge
Dennis H. Tracey, III
Jordan Estes
HOGAN LOVELLS US LLP
875 Third Avenue
New York, NY 10022
Tel: (212) 918-3000
Fax: (212) 918-3100

*Counsel for Société Générale and SG
Americas Securities, LLC*

Michael S. Feldberg
Todd S. Fishman
ALLEN & OVERY LLP
1221 Avenue of the Americas
New York, New York  10020
Tel: (212) 610-6300
Fax: (212) 610-6399

*Attorneys for Barclays PLC, Barclays Bank
PLC and Barclays Capital Inc.*

Michael Lacovara
Tim Coleman
Leah Friedman

Dated: April 11, 2014
        New York, New York

---

Christopher Lovell

LOVELL STEWART HALEBIAN
JACOBSON LLP
61 Broadway
Suite 501
New York, New York  10006
Telephone:  (212) 608-1900
Facsimile:  (212) 719-4677

*Attorney for Kevin Maher*

---

Vincent Briganti
Geoffrey M. Horn
Peter D. St. Phillip
Raymond Girnys
LOWEY DANNENBERG COHEN
& HART, P.C.
One North Broadway
White Plains, New York  10601
Telephone: (914) 997-0500
Facsimile: (914) 997-0035

*Attorneys for Richard White*

---

David E. Kovel
Daniel Hume
KIRBY McINERNEY LLP
825 Third A venue, 16th Floor
New York, New York  10022
Telephone:  (212) 371-6600
Facsimile:  (212) 751-2540

*Attorneys for Peter DeNigris*

---

Seth R. Gassman
Michael D. Hausfeld

---

Kenneth M. Raisler (of counsel)
Stephen Ehrenberg
William E. Schroeder
SULLIVAN & CROMWELL
125 Broad Street
New York, New York  10005
Telephone: (212) 558-4000
Facsimile:  (212) 558-3588

*Attorneys for The Bank of Nova Scotia*

---

Marc J. Gottridge
Dennis H. Tracey, III
Jordan Estes
HOGAN LOVELLS US LLP
875 Third Avenue
New York, NY 10022
Tel: (212) 918-3000
Fax: (212) 918-3100

*Counsel for Société Générale and SG
Americas Securities, LLC*

---

Michael S. Feldberg
Todd S. Fishman
ALLEN & OVERY LLP
1221 Avenue of the Americas
New York, New York  10020
Tel: (212) 610-6300
Fax: (212) 610-6399

*Attorneys for Barclays PLC, Barclays Bank
PLC and Barclays Capital Inc.*

Michael Lacovara
Tim Coleman
Leah Friedman

William P. Butterfield
Reena A. Gambhir
Timothy S. Kearns
HAUSFELD LLP
1700 K Street, N.W.
Suite 650
Washington, D.C. 20006
Telephone: (202) 540-7200
Facsimile: (202) 540-7201

*Attorneys for AIS Capital Management, L.P.*

Linda P. Nussbaum
Susan S. Schwaiger
Peter A. Barile III
GRANT & EISENHOFER P.A.
485 Lexington Avenue
New York, New York 10017
Telephone: (646) 722-8500
Facsimile: (646) 722-8501

*Attorneys for Eric Nalven*

Brian P. Murray
Lee Albert
Gregory B. Linkh
GLANCY BINKOW & GOLDBERG LLP
122 East 42nd Street, Suite 2920
New York, New York 10168
Telephone: (212) 682-5340
Facsimile: (212) 884-0988

*Attorneys for White Oak Fund LP*

Vincent Briganti
Geoffrey M. Horn
Peter D. St. Phillip
Raymond Girnys
LOWEY DANNENBERG COHEN
& HART,P.C.
One North Broadway
White Plains, New York 10601
Telephone: (914) 997-0500
Facsimile: (914) 997-0035

FRESHFIELDS BRUCKHAUS
DERINGER US LLP
601 Lexington Avenue
New York, New York 10022
212-277-4000 (Telephone)
212-277-4001 (Facsimile)

*Attorneys for HSBC Holdings PLC, HSBC
Bank PLC and HSBC Securities (USA) Inc.*

Peter Isajiw
CADWALADER, WICKERSHAM &
TAFT LLP
One World Financial Center
New York, New York 10281
Tel: (212) 504-6000
Fax: (212) 504-6666

Charles F. Rule (of counsel)
Gregory G. Mocek (of counsel)
Joseph J. Bial
CADWALADER, WICKERSHAM &
TAFT LLP
700 Sixth Street, N.W.
Washington, D.C. 20001
Tel: (202) 862-2200
Fax: (202) 862-2400

*Attorneys for Deutsche Bank AG and
Deutsche Bank Securities Inc.*

Reena A. Gambhir
Timothy S. Kearns
HAUSFELD LLP
1700 K Street, N.W.
Suite 650
Washington, D.C. 20006
Telephone: (202) 540-7200
Facsimile: (202) 540-7201

*Attorneys for AIS Capital Management, L.P.*

Linda P. Nussbaum
Susan S. Schwaiger
Peter A. Barile III
GRANT & EISENHOFER P.A.
485 Lexington Avenue
New York, New York 10017
Telephone: (646) 722-8500
Facsimile: (646) 722-8501

*Attorneys for Eric Nalven*

Brian P. Murray
Lee Albert
Gregory B. Linkh
GLANCY BINKOW & GOLDBERG LLP
122 East 42nd Street, Suite 2920
New York, New York 10168
Telephone: (212) 682-5340
Facsimile: (212) 884-0988

*Attorneys for White Oak Fund LP*

Vincent Briganti
Geoffrey M. Horn
Peter D. St. Phillip
Raymond Girnys
LOWEY DANNENBERG COHEN
& HART,P.C.
One North Broadway
White Plains, New York 10601
Telephone: (914) 997-0500
Facsimile: (914) 997-0035

*Attorneys for J. Scott Nicholson*

FRESHFIELDS BRUCKHAUS
DERINGER US LLP
601 Lexington Avenue
New York, New York 10022
212-277-4000 (Telephone)
212-277-4001 (Facsimile)

*Attorneys for HSBC Holdings PLC, HSBC
Bank PLC and HSBC Securities (USA) Inc.*

Peter Isajiw
CADWALADER, WICKERSHAM &
TAFT LLP
One World Financial Center
New York, New York 10281
Tel: (212) 504-6000
Fax: (212) 504-6666

Charles F. Rule (of counsel)
Gregory G. Mocek (of counsel)
Joseph J. Bial
CADWALADER, WICKERSHAM &
TAFT LLP
700 Sixth Street, N.W.
Washington, D.C. 20001
Tel: (202) 862-2200
Fax: (202) 862-2400

*Attorneys for Deutsche Bank AG and
Deutsche Bank Securities Inc.*

Reena A. Gambhir
Timothy S. Kearns
HAUSFELD LLP
1700 K Street, N.W.
Suite 650
Washington, D.C.  20006
Telephone:  (202) 540-7200
Facsimile:  (202) 540-7201

*Attorneys for AIS Capital Management, L.P.*

---

Linda P. Nussbaum
Susan S. Schwaiger
Peter A. Barile III
GRANT & EISENHOFER P.A.
485 Lexington Avenue
New York, New York  10017
Telephone:  (646) 722-8500
Facsimile:  (646) 722-8501

*Attorneys for Eric Nalven*

Brian Murray (  Stb )

Brian P. Murray
Lee Albert
Gregory B. Linkh
GLANCY BINKOW & GOLDBERG LLP
122 East 42nd Street, Suite 2920
New York, New York  10168
Telephone:  (212) 682-5340
Facsimile:  (212) 884-0988

*Attorneys for White Oak Fund LP*

---

Vincent Briganti
Geoffrey M. Horn
Peter D. St. Phillip
Raymond Girnys
LOWEY DANNENBERG COHEN
& HART,P.C.
One North Broadway
White Plains, New York  10601
Telephone: (914) 997-0500
Facsimile:  (914) 997-0035

*Attorneys for J. Scott Nicholson*

FRESHFIELDS BRUCKHAUS
DERINGER US LLP
601 Lexington Avenue
New York, New York 10022
212-277-4000 (Telephone)
212-277-4001 (Facsimile)

*Attorneys for HSBC Holdings PLC, HSBC
Bank PLC and HSBC Securities (USA) Inc.*

---

Peter Isajiw
CADWALADER, WICKERSHAM &
TAFT LLP
One World Financial Center
New York, New York  10281
Tel: (212) 504-6000
Fax: (212) 504-6666

Charles F. Rule (of counsel)
Gregory G. Mocek (of counsel)
Joseph J. Bial
CADWALADER, WICKERSHAM &
TAFT LLP
700 Sixth Street, N.W.
Washington, D.C.  20001
Tel: (202) 862-2200
Fax: (202) 862-2400

*Attorneys for Deutsche Bank AG and
Deutsche Bank Securities Inc.*

Reena A. Gambhir
Timothy S. Kearns
HAUSFELD LLP
1700 K Street, N.W.
Suite 650
Washington, D.C. 20006
Telephone: (202) 540-7200
Facsimile: (202) 540-7201

*Attorneys for AIS Capital Management, L.P.*

Linda P. Nussbaum
Susan S. Schwaiger
Peter A. Barile III
GRANT & EISENHOFER P.A.
485 Lexington Avenue
New York, New York 10017
Telephone: (646) 722-8500
Facsimile: (646) 722-8501

*Attorneys for Eric Nalven*

Brian P. Murray
Lee Albert
Gregory B. Linkh
GLANCY BINKOW & GOLDBERG LLP
122 East 42nd Street, Suite 2920
New York, New York 10168
Telephone: (212) 682-5340
Facsimile: (212) 884-0988

*Attorneys for White Oak Fund LP*

Vincent Briganti
Geoffrey M. Horn
Peter D. St. Phillip
Raymond Girnys
LOWEY DANNENBERG COHEN
& HART,P.C.
One North Broadway
White Plains, New York 10601
Telephone: (914) 997-0500
Facsimile: (914) 997-0035

*Attorneys for J. Scott Nicholson*

FRESHFIELDS BRUCKHAUS
DERINGER US LLP
601 Lexington Avenue
New York, New York 10022
212-277-4000 (Telephone)
212-277-4001 (Facsimile)

*Attorneys for HSBC Holdings PLC, HSBC
Bank PLC and HSBC Securities (USA) Inc.*

Peter Isajiw
CADWALADER, WICKERSHAM &
TAFT LLP
One World Financial Center
New York, New York 10281
Tel: (212) 504-6000
Fax: (212) 504-6666

Charles F. Rule (of counsel)
Gregory G. Mocek (of counsel)
Joseph J. Bial
CADWALADER, WICKERSHAM &
TAFT LLP
700 Sixth Street, N.W.
Washington, D.C. 20001
Tel: (202) 862-2200
Fax: (202) 862-2400

*Attorneys for Deutsche Bank AG and
Deutsche Bank Securities Inc.*

Reena A. Gambhir
Timothy S. Kearns
HAUSFELD LLP
1700 K Street, N.W.
Suite 650
Washington, D.C. 20006
Telephone: (202) 540-7200
Facsimile: (202) 540-7201

*Attorneys for AIS Capital Management, L.P.*

---

Linda P. Nussbaum
Susan S. Schwaiger
Peter A. Barile III
GRANT & EISENHOFER P.A.
485 Lexington Avenue
New York, New York 10017
Telephone: (646) 722-8500
Facsimile: (646) 722-8501

*Attorneys for Eric Nalven*

---

Brian P. Murray
Lee Albert
Gregory B. Linkh
GLANCY BINKOW & GOLDBERG LLP
122 East 42nd Street, Suite 2920
New York, New York 10168
Telephone: (212) 682-5340
Facsimile: (212) 884-0988

*Attorneys for White Oak Fund LP*

---

Vincent Briganti
Geoffrey M. Horn
Peter D. St. Phillip
Raymond Girnys
LOWEY DANNENBERG COHEN
& HART,P.C.
One North Broadway
White Plains, New York 10601
Telephone: (914) 997-0500
Facsimile: (914) 997-0035

*Attorneys for J. Scott Nicholson*

FRESHFIELDS BRUCKHAUS
DERINGER US LLP
601 Lexington Avenue
New York, New York 10022
212-277-4000 (Telephone)
212-277-4001 (Facsimile)

*Attorneys for HSBC Holdings PLC, HSBC
Bank PLC and HSBC Securities (USA) Inc.*

Peter Isajiw
CADWALADER, WICKERSHAM &
TAFT LLP
One World Financial Center
New York, New York 10281
Tel: (212) 504-6000
Fax: (212) 504-6666

Charles F. Rule (of counsel)
Gregory G. Mocek (of counsel)
Joseph J. Bial
CADWALADER, WICKERSHAM &
TAFT LLP
700 Sixth Street, N.W.
Washington, D.C. 20001
Tel: (202) 862-2200
Fax: (202) 862-2400

*Attorneys for Deutsche Bank AG and
Deutsche Bank Securities Inc.*

Fred Taylor Isquith
Gregory M. Nespole
Thomas H. Burt
Beth A. Landes
WOLF HALDENSTEIN ADLER
FREEMAN & HERZ LLP
270 Madison Avenue
New York, New York  10016
Telephone:  (212) 545-4600
Facsimile:  (212) 545-4653

*Attorneys for Oliver Barker*


Fei-Lu Qian
Lester L. Levy, Sr.
Patricia I. Avery
WOLF POPPER LLP
845 Third Avenue
New York, New York  10022
Tel: (212) 759-4600
Fax: (212) 486-2093


*Attorneys for American Precious Metals, Ltd.*
*and Steve E. Summer*


Louis Fox Burke
LOUIS F. BURKE P.C.
460 Park Avenue
New York, New York  10022
Tel: (212) 682-1700
Fax: (212) 808-4280

*Attorneys for Robert L. Teel*

Fred Taylor Isquith
Gregory M. Nespole
Thomas H. Burt
Beth A. Landes
WOLF HALDENSTEIN ADLER
FREEMAN & HERZ LLP
270 Madison Avenue
New York, New York  10016
Telephone:  (212) 545-4600
Facsimile:  (212) 545-4653

*Attorneys for Oliver Barker*

Fei-Lu Qian
Lester L. Levy, Sr.
Patricia I. Avery
WOLF POPPER LLP
845 Third Avenue
New York, New York  10022
Tel: (212) 759-4600
Fax: (212) 486-2093


*Attorneys for American Precious Metals, Ltd.*
*and Steve E. Summer*



Louis Fox Burke
LOUIS F. BURKE P.C.
460 Park Avenue
New York, New York  10022
Tel: (212) 682-1700
Fax: (212) 808-4280

*Attorneys for Robert L. Teel*

Fred Taylor Isquith
Gregory M. Nespole
Thomas H. Burt
Beth A. Landes
WOLF HALDENSTEIN ADLER
FREEMAN & HERZ LLP
270 Madison Avenue
New York, New York  10016
Telephone:  (212) 545-4600
Facsimile:  (212) 545-4653

*Attorneys for Oliver Barker*

Fei-Lu Qian
Lester L. Levy, Sr.
Patricia I. Avery
WOLF POPPER LLP
845 Third Avenue
New York, New York  10022
Tel: (212) 759-4600
Fax: (212) 486-2093

*Attorneys for American Precious Metals, Ltd.
and Steve E. Summer*

Louis Fox Burke
LOUIS F. BURKE P.C.
460 Park Avenue
New York, New York  10022
Tel: (212) 682-1700
Fax: (212) 808-4280

*Attorneys for Robert L. Teel*

Louis Fox Burke
LOUIS F. BURKE P.C.
460 Park Avenue
New York, New York  10022
Tel: (212) 682-1700
Fax: (212) 808-4280

*Attorneys for A. Harry Lamborn*

Richard B. Brualdi
THE BRUALDI LAW FIRM, P.C.
29 Broadway, Suite 2400
New York, New York  10006
Tel: (212) 952-0602
Fax: (212) 952-0608

*Attorneys for Christopher Depaoli*

**IT IS SO ORDERED.**

Dated: April __, 2014
      New York, New York          _____
                                              United States District Judge

Louis Fox Burke
LOUIS F. BURKE P.C.
460 Park Avenue
New York, New York  10022
Tel: (212) 682-1700
Fax: (212) 808-4280

*Attorneys for A. Harry Lamborn*

Richard B. Brualdi
THE BRUALDI LAW FIRM, P.C.
29 Broadway, Suite 2400
New York, New York  10006
Tel: (212) 952-0602
Fax: (212) 952-0608

*Attorneys for Christopher Depaoli*

**IT IS SO ORDERED.**

Dated:  April 11, 2014
         New York, New York

_____
United States District Judge

-8-