```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/17/2014
```

UNITED STATES DISTRICT COURT          ORDER
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X
                                                 :    14-CV-1459 (VEC), 14-CV-1634 (VEC),
                                                 :    14-CV-1638 (VEC), 14-CV-1642 (VEC)
                                                 :    14-CV-1644 (VEC), 14-CV-1701 (VEC)
*In re: London Gold Fixing Antitrust and*      :    14-CV-1707 (VEC), 14-CV-1964 (VEC)
*Commodities Exchange Act Litigation.*[1]     :    14-CV-2102 (VEC), 14-CV-2108 (VEC)
                                                 :    14-CV-2124 (VEC), 14-CV-2134 (VEC)
                                                 :    14-CV-2135 (VEC), 14-CV-2213 (VEC)
                                                 :    14-CV-2214 (VEC), 14-CV-2310 (VEC)
                                                 :    14-CV-2391 (VEC), 14-CV-2550 (VEC)
------------------------------------------------------X

VALERIE CAPRONI, United States District Judge:

        1.        In light of the pending referral of these actions to the Judicial Panel on Multidistrict Litigation, the requirement for submission of materials required by the Standing Order In re: Pilot Project Regarding Case Management Techniques for Complex Civil Cases in the Southern District of New York, is hereby adjourned *sine dine*.

        2.        At the status conference scheduled for May 5, 2014, this Court intends to set a schedule for appointment of interim lead class counsel. Counsel in the above-numbered actions are directed to meet and confer prior to the May 5, 2014 conference regarding that issue and any other the parties wish to be considered on May 5. The Court asks all counsel who intend to seek the position of interim lead class counsel to send a brief email to that effect to the Chambers at CaproniNYSDChambers@nysd.uscourts.gov. Sending such an email is not binding on counsel and failing to send one will not prejudice a subsequent application. Any such informal communication will not be docketed.

---

[1]       Please note that this caption is for convenience and brevity only. The above-listed cases have not been consolidated, although the Court is aware of the pending referral to the Judicial Panel on Multidistrict Litigation.

3.     This Order will be posted on the electronic docket in all of the above-numbered actions. Counsel are requested to forward a copy of this Order and the Scheduling Order for the Initial Pretrial Conference to other attorneys who should be notified.

4.     This Order shall also apply to related cases filed in, removed to, or transferred to, this Court between today and May 5, 2014.

5.     Counsel for the defendants are directed to notify the Court, not later than the May 5, 2014, conference, of any related actions in other federal or state courts that purport to adjudicate substantially related claims, not to include *Young v. The Bank of Nova Scotia*, 14-CV-1669 (N.D. Cal.).


**SO ORDERED.**

**Date: April 17, 2014**                                  **VALERIE CAPRONI**
**New York, New York**                              **United States District Judge**